**James Lee FURCI; Plaintiff—Appellant,**

**Jason A. Fischer Plaintiff/Intervenor—Appellant,**

v.

**CEDAR FAIR LIMITED; Local 480, AFL–CIO Laborers International Union Defendants—Appellees.**

No. 02–3138.

United States Court of Appeals, Sixth Circuit.

May 9, 2003.

BEFORE: KENNEDY, SILER, and GILMAN, Circuit Judges.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is **ORDERED** that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.